FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000096
14-JAN-2016
12:11 PM

NO. CAAP-13-0000096

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

SHERMAN SHIH-LUNG HSIEH, Plaintiff-Appellant,
v.
I-TING SUN aka KATHERINE SUN, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D. NO. 11-1-2036)

ORDER OF CORRECTION
(By: Ginoza, J., for the court[1])

The Amended Opinion of the Court filed on January 12, 2016, is hereby corrected as follows:

1. At page 1, in the title change "AMEMDED" to "AMENDED" so that the corrected title reads as follows:

AMENDED OPINION OF THE COURT BY GINOZA, J.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, January 14, 2016.

FOR THE COURT:

Associate Judge

---

[1] Nakamura, C.J., Leonard and Ginoza, JJ.